

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

CIVIL MINUTES
SCHEDULING/STATUS CONFERENCE (via telephone)
BEFORE THE HONORABLE KAREN L. LITKOVITZ, U.S MAGISTRATE JUDGE

DATE: 3-21-19
TIME: 10:00 am

Case No. 1:17-cv-783
Case Title: S&S Healthcare v. TRPN, Inc.

COURTROOM DEPUTY: Arthur Hill
LAW CLERK: Laura Ahern
COURT REPORTER: none present
COURTSMART RECORDING: # 1862

Attorney(s) for Plaintiff(s):
Joshua Smith
Peter Saba

Attorney(s) for Defendant(s):
Maureen Bickley
Simon Svirnovskiy

DOCKET ENTRY/PROCEDURES:
Status conf. held. Matters discussed. Parties to work through issues and come up with a revised scheduling order to be discussed at the 4-10-19 follow-up conference.

____ Court Order to follow.

_X_ Case cont'd for a follow-up status conference via telephone before MJ Litkovitz on Wed, 4-10-19 @ 9:00 am.

____ Other: