

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

**CIVIL MINUTES
SCHEDULING/STATUS CONFERENCE** (via telephone)
**BEFORE THE HONORABLE KAREN L. LITKOVITZ, U.S MAGISTRATE JUDGE**

DATE: 4-9-19        Case No. 1:17-cv-783
TIME: 10:00 am     Case Title: S&S Healthcare v. TRPN Inc.

**COURTROOM DEPUTY:** Arthur Hill
**LAW CLERK:** Eden Thompson
**COURT REPORTER:** none present
**COURTSMART RECORDING:** # 1086

---

**Attorney(s) for Plaintiff(s):**
Joshua Smith
Peter Saba

**Attorney(s) for Defendant(s):**
Maureen Bickley

**DOCKET ENTRY/PROCEDURES:**
Matters discussed. Parties are to submit a proposed scheduling order.

_____ Court Order to follow.

__✗__ Case cont'd for a follow-up status conference via telephone before MJ Litkovitz on Wed, 7-17-19 @ 3:00pm

_____ Other: