IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| S&S HOLDCO, INC., | : | Case No. 1:17-cv-00783 |
| Plaintiff, | : | Judge William O. Bertelsman |
| v. | : | **ORDER OF SUBSTITUTION** |
| THREE RIVERS PROVIDER NETWORK, INC., | : | |
| Defendant. | : | |

Pursuant to the stipulation of the parties (doc. 32) the Court hereby orders as follows:

1. S&S Holdco, Inc. ("Holdco"), is substituted in place of S&S Healthcare Strategies, Ltd. ("Healthcare) as the party plaintiff and counterclaim defendant, and the case caption on all future filings shall be amended accordingly. *See* Fed. R. Civ. P. 25(a)(1).

2. Notwithstanding the substitution, Healthcare shall remain subject to and obligated by all federal and local rules of civil procedure regarding discovery as if Healthcare had remained a party to this litigation, including but not limited to Civil Rules 26 through 37. Healthcare shall also remain subject to the jurisdiction and rulings of the Court regarding discovery directed to Healthcare, as if Healthcare had remained a party to this litigation.

3. Notwithstanding the substitution, both Healthcare and Holdco will be named on any jury verdict forms as counterclaim defendants and/or responsible parties with respect to Three Rivers Provider Network, Inc.'s, counterclaims.

4. Following waiver or exhaustion of any appeal rights and any rights of setoff, Holdco and Healthcare shall be jointly and severally liable for any final judgment obtained by Three Rivers Provider Network, Inc., arising out of claims asserted in this case.

SO ORDERED.



Signed By: W.O.B.
William O. Bertelsman
United States District Judge
4/15/19