UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| **S&S HEALTHCARE STRATEGIES LTD,** <br><br> Plaintiff, <br><br> v. <br><br> **THREE RIVERS PROVIDER NETWORK, INC.,** <br><br> Defendant. | Case No. 1:17cv783 <br><br> Judge William O. Bertelsman <br><br> Magistrate Judge Karen L. Litkovitz <br><br> <u>ORDER SETTING NEW CASE SCHEDULE</u> |

Upon discussion with and agreement by all parties, and for good cause shown, the current case schedule is hereby modified as follows:

- Inspection of software – July 31, 2019
- 30(b)(6) Deposition of S&S Healthcare – August 30, 2019
- Plaintiff / affirmative expert disclosure deadline – September 30, 2019
- Defendant / Counterclaim Defendant expert disclosure deadline – October 31, 2019
- Rebuttal expert disclosure deadline – November 29, 2019
- Discovery deadline – December 31, 2019
- Dispositive motion deadline – January 31, 2020
- Final pre-trial conference – [early] May ___, 2020
- Trial – [early] May ___, 2020

IT IS SO ORDERED.

_____
MAGISTRATE JUDGE KAREN L. LITKOVITZ