

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

### CIVIL MINUTES
### SCHEDULING/STATUS CONFERENCE (via telephone)
### BEFORE THE HONORABLE KAREN L. LITKOVITZ, U.S MAGISTRATE JUDGE

DATE: 7-17-19　　　　Case No. 1:17-cv-783
TIME: 3:00pm　　　　Case Title: S&S Healthcare v. TRPN, Inc.

COURTROOM DEPUTY: Arthur Hill
LAW CLERK: Laura Ahern
COURT REPORTER: none present
COURTSMART RECORDING: #_____

---

**Attorney(s) for Plaintiff(s):**
Jeffrey Nye
Joshua Smith
Peter Saba
Kevin Stein

**Attorney(s) for Defendant(s):**
Maureen Bickley
Simon Svirnovskiy
Douglas Gastright

### DOCKET ENTRY/PROCEDURES:
Matters concerning case status discussed.

_X_ Court Order to follow.

_X_ Case cont'd for a follow-up status conference via telephone on Fri, 8-23-19 @ 3pm before MJ Litkovitz.

____ Other: