# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| S&S HOLDCO, INC., <br> Plaintiff, <br> <br> vs. <br> <br> THREE RIVERS PROVIDER <br> NETWORK, INC., <br> Defendant. | Case No. 1:17-cv-783 <br> Bertelsman, J. <br> Litkovitz, M.J. <br> <br> <br> **ORDER** |

This matter is before the Court following a telephone status conference held on July 17, 2019. The deadline for software inspection established in the Amended Calendar Order (Doc. 35) is **STAYED** pending further order of the Court. A follow-up telephone status conference will be held on **Friday, August 23, 2019** at **3:00 p.m.**

**IT IS SO ORDERED.**

Date: 7/18/19

Karen L. Litkovitz
United States Magistrate Judge