

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

CIVIL MINUTES
SCHEDULING/STATUS CONFERENCE (via telephone)
BEFORE THE HONORABLE KAREN L. LITKOVITZ, U.S MAGISTRATE JUDGE

DATE: 8-23-19
TIME: 3:00 pm
Case No. 1:17-cv-783
Case Title: S&S Holdco v. Three Rivers
COURTROOM DEPUTY: Arthur Hill
LAW CLERK: Laura Ahern, + Laura Caty (extern)
COURT REPORTER: none present
COURTSMART RECORDING: #_____

---

**Attorney(s) for Plaintiff(s):**
Peter Saba
Joshua Smith
Jeffrey Nye

**Attorney(s) for Defendant(s):**
Maureen Bickley
Simon Svirnovskiy

**DOCKET ENTRY/PROCEDURES:**
Matters discussed.

_____ Court Order to follow.

_____ Case cont'd for a follow-up status conference _____

_____ Other: