# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| **S&S HEALTHCARE STRATEGIES, LTD.** | Case No. 1:17-cv-00783-WOB-KLL |
| Plaintiff, | |
| | Judge Bertelsman |
| v. | |
| | **NOTICE OF DEPOSITION OF BRYAN HEBERT** |
| **THREE RIVERS PROVIDER NETWORK, INC.**, | |
| Defendant. | |

Please take notice that pursuant to Rule 30 of the Federal Rules of Civil Procedure, Plaintiff, S&S Healthcare Strategies, Ltd., by and through counsel, will take the deposition of **BRYAN HEBERT** on *Friday, October 4, 2019 beginning at 9:00 a.m*. The deposition will be conducted at *Executive Reporting Service, 300 1st Avenue South, Suite 402, St. Petersburg, FL 33701.* Said deposition will be taken via video conference in the presence of a Notary Public, or some officer authorized by law to take depositions, and will continue day to day until completed.

Plaintiffs are taking said deposition according to the Federal Rules of Civil Procedure and said deposition shall be used for any purpose contemplated by the Federal Rules of Civil Procedure. Plaintiff reserves the right to conduct such further depositions and discovery from Bryan Hebert as may arise at a later date.

Respectfully submitted,

/s/ Peter A. Saba
Peter A. Saba (0055535)
Jeffrey M. Nye (0082247)
STAGNARO, SABA
& PATTERSON CO., L.P.A.
2623 Erie Avenue
Cincinnati, Ohio 45208
(513) 533-2701
(513) 533-2711 (fax)

1

pas@sspfirm.com<br>
**Attorneys for Plaintiff**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was served on all counsel of record via CM/ECF this 23rd day of September 2019.

/s/ Peter A. Saba
Peter A. Saba (0055535)