```
Court Name: US District Court SDO
Division: 1
Receipt Number: 100C1N037798
Cashier ID: hiltze
Transaction Date: 10/07/2019
Payer Name: BAKER DONELSON BEARMAN
------------------------------------
PRO HAC VICE
 For: BAKER DONELSON BEARMAN
 Case/Party: D-OHS-1-19-LB-ATTY01-001
 Amount:     $200.00
------------------------------------
CHECK
 Remitter: BAKER DONELSON BEARMAN CALDWEL
 Check/Money Order Num: 0112918
 Amt Tendered: $200.00
------------------------------------
Total Due:       $200.00
Total Tendered:  $200.00
Change Amt:      $0.00
```

1:17CV783 PHV - KEVIN STINE

A fee of $53.00 will be assessed on
all returned checks.