# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| S&S HEALTHCARE STRATEGIES LTD., | : | Case No. 1:17-cv-00783-WOB-KLL |
| | : | |
| | : | Judge William O. Bertelsman |
| Plaintiff, | : | Magistrate Judge Karen L. Litkovitz |
| | : | |
| vs. | : | |
| | : | **NOTICE OF DEPOSITION OF** |
| THREE RIVERS PROVIDER NETWORK, INC., | : | **DAVE KUMP** |
| | : | |
| Defendant. | : | |

PLEASE TAKE NOTICE that that pursuant to Rule 30 of the Federal Rules of Civil Procedure, Defendant Three Rivers Provider Network, Inc., by and through counsel, will take the deposition of **DAVE KUMP** on *Friday, November 15, 2019 beginning at 3:30 p.m*.  The deposition will be conducted at *Stagnaro, Saba & Patterson Co., L.P.A., 2623 Erie Avenue, Cincinnati, Ohio 45208.*  The deposition will be taken before an officer authorized to administer oaths and will be recoded stenographically.

Defendants are taking said deposition according to the Federal Rules of Civil Procedure and said deposition shall be used for any purpose contemplated by the Federal Rules of Civil Procedure.  Defendant reserves the right to conduct such further depositions and discovery from Gail Schweitzer as may arise at a later date.

    Respectfully submitted,

/s/ *Simon Y. Svirnovskiy*
Maureen A. Bickley, Esq. (0085075)
Ryan S. Lett, Esq. (0088381)
Simon Y. Svirnovskiy, Esq. (0097096)
Frost Brown Todd LLC
3300 Great American Tower
301 East Fourth Street
Cincinnati, Ohio 45202
Tel: (513) 651-6800
Fax: (513) 651-6981
mbickley@fbtlaw.com
rlett@fbtlaw.com
ssvirnovskiy@fbtlaw.com

## **CERTIFICATE OF SERVICE**

I certify that on this 22nd day of October 2019 a copy of the foregoing *Notice of Deposition* was served by U.S. Regular Mail, postage paid, and Electronic Mail upon the following:

Jeffrey M. Nye, Esq.
Joshua M. Smith, Esq.
Peter A. Saba, Esq.
STAGNARO SABA AND PATTERSON CO., LPA
2623 Erie Avenue
Cincinnati, OH 45208
jmn@sspfirm.com
jms@sspfirm.com
pas@sspfirm.com
*Counsel for Plaintiff S&S Healthcare Strategies, Ltd.*

Kevin A. Stine, Esq.
BAKER DONELSON
Monarch Plaza
3414 Peachtree Road, N.E., Suite 1500
Atlanta, GA 30326
kstine@bakerdonelson.com
*Counsel for Plaintiff S&S Healthcare Strategies, Ltd.*

                 */s/ Simon Y. Svirnovskiy*

0137787.0655489   4840-3423-1466v2