# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| **S&S HOLDCO, INC.**, | : | Case No. 1:17-cv-00783-WOB-KLL |
| Plaintiff, | : | |
| | : | Judge Bertelsman |
| v. | : | |
| | : | |
| **THREE RIVERS PROVIDER** | : | NOTICE OF DEPOSITION OF |
| **NETWORK, INC.**, | : | **CHRISTINE KAIR** |
| | : | |
| Defendant. | : | |
| | : | |

Please take notice that pursuant to Rule 30 of the Federal Rules of Civil Procedure, Plaintiff, S&S Healthcare Strategies, Ltd., by and through counsel, will take the deposition of **CHRISTINE KAIR** on *Tuesday, November 12, 2019 beginning at 9:00 a.m. CST*. The deposition will be conducted at *Frost Brown Todd, LLC, 100 Crescent Court, Suite 350, Dallas, Texas 75201.* Said deposition will be taken via video conference in the presence of a Notary Public, or some officer authorized by law to take depositions, and will continue day to day until completed.

Plaintiffs are taking said deposition according to the Federal Rules of Civil Procedure and said deposition shall be used for any purpose contemplated by the Federal Rules of Civil Procedure. Plaintiff reserves the right to conduct such further depositions and discovery from Christine Kair as may arise at a later date.

Respectfully submitted,

/s/ Peter A. Saba
Peter A. Saba (0055535)
Jeffrey M. Nye (0082247)
STAGNARO, SABA
& PATTERSON CO., L.P.A.
2623 Erie Avenue
Cincinnati, Ohio 45208

1

(513) 533-2701
(513) 533-2711 (fax)
pas@sspfirm.com
**Attorneys for Plaintiff**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was served on all counsel of record via CM/ECF this 8th day of November 2019.

/s/ Peter A. Saba
Peter A. Saba (0055535)