

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

S&S Holdco Inc.,
    Plaintiff(s),

v.

Three Rivers Provider Network, Inc., et al.,
    Defendant(s).

Case No. 1:17cv783
(J. Bertlesman ; Litkovitz, M.J)

## CIVIL MINUTES
### for an
### Informal Discovery Conference (held via telephone)

**HONORABLE KAREN L. LITKOVITZ, U.S. MAGISTRATE JUDGE**
**COURTROOM DEPUTY:** Arthur Hill
**LAW CLERK:** Laura Ahern
**COURT REPORTER:** ―――
**COURTSMART RECORDING:** # 1248
**DATE:** 12-20-19      **TIME:** 10:30 am

Attorney for Plaintiff(s):
Andrea Nevwirth
Peter Saba

Attorney for Defendant(s):
Maureen Bickley
Simon Svirnovskiy

## PROCEDURES

_X_ Discovery conference held.

_X_ Case continued for a follow-up status conference via telephone before MJ Litkovitz on Wed, 1-22-20 @ 3:40 pm

_X_ Court Order/Memorandum to follow.

___ Other _____