## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

S&S HOLDCO, INC.,
    Plaintiff,

   vs.

THREE RIVERS PROVIDER
NETWORK, INC.,
    Defendant.

Case No. 1:17-cv-783
Bertelsman, J.
Litkovitz, M.J.

**ORDER**

    This matter came before the Court for a follow-up telephone status conference on January 22, 2020.

    The calendar dates in this matter are **STAYED** pending plaintiff's submission of a motion to compel the deposition testimony of Blaine Pollock and the Court's resolution of the motion, after which the Court will issue an amended Calendar Order.

    By agreement of the parties, and with the Court's approval, the deposition of Robert Malone will take place on **February 19, 2020**.

    **IT IS SO ORDERED.**

Date: _1/22/20_

Karen L. Litkovitz
United States Magistrate Judge