# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| **S&S HOLDCO, INC.** | : | Case No. 1:17-cv-00783 |
| Plaintiff, | : | |
| | : | Judge William O. Bertelsman |
| v. | : | |
| | : | Magistrate Judge Karen L. Litkovitz |
| **THREE RIVERS PROVIDER** | : | |
| **NETWORK, INC.**, | : | **PLAINTIFF'S UNOPPOSED MOTION** |
| | : | **FOR EXTENSION OF TIME** |
| Defendant. | : | |

Now comes Plaintiff S&S Holdco, Inc., by and through counsel, and pursuant to S.D. Ohio Local Rule 7.3 respectfully requests a 24-hour extension as to the deadlines set forth in this Court's January 8, 2021 (Doc#75) and January 13, 2021 (Doc#76) respective Orders regarding (i) Plaintiff's Motion to Compel; and (ii) Defendant's Motion Opposing the Extension of the Expert Deadline. Due to recent inclement weather and a resulting power outage, Plaintiff's counsel has been delayed in finalizing its motion to compel and needs an additional 24-hours in order to prepare the same for filing. Plaintiff's counsel has conferred with Defendant's counsel who has no opposition to this motion.

A proposed order is attached in accordance with S.D. Ohio Civ. R. 7.4.

Respectfully submitted,

*/s/ Peter A. Saba*
Peter A. Saba (0055535)
Joshua M. Smith (0092360)
Jeffrey M. Nye (0082247)
STAGNARO, SABA
& PATTERSON CO., L.P.A.
2623 Erie Avenue
Cincinnati, Ohio 45208
(513) 533-2701
(513) 533-2711 (fax)
pas@sspfirm.com
**Attorneys for S&S Healthcare**

As Seen and Agreed,

*/s/ Simon Y. Svirnovskiy, (via authorization)*
Maureen A. Bickley (0085075)
Stephen R. Hemick (0088381)
Simon Y. Svirnovskiy (0097096
Frost Brown Todd LLC
3300 Great American Tower
301 East Fourth Street
Cincinnati, Ohio 45202
(513) 651-6800
mbickley@fbtlaw.com
shermick@fbtlaw.com
**Counsel for Three Rivers Provider Network**

## CERTIFICATE OF SERVICE

I certify that the foregoing was served on all counsel of record on the date of filing through the court's CM/ECF system.

*/s/ Peter A. Saba*
Peter A. Saba (0055535)