## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| **S&S HOLDCO, INC.** | : | Case No. 1:17-cv-00783 |
| Plaintiff, | : | |
| | : | Judge William O. Bertelsman |
| v. | : | |
| | : | Magistrate Judge Karen L. Litkovitz |
| **THREE RIVERS PROVIDER** | : | |
| **NETWORK, INC.,** | : | **ORDER GRANTING PLAINTIFFS'** |
| | : | **UNOPPOSED MOTION FOR EXTENSION** |
| Defendant. | : | **OF TIME** |

This matter is before the Court on Plaintiff's Unopposed Motion for Extension of Time. Having considered this matter fully and being otherwise sufficiently advised, it is hereby ORDERED that the Motion is GRANTED, and the Court's January 8, 2021 (Doc#75) and January 13, 2021 (Doc#76) Orders are amended as follows:

Plaintiff shall file its motion to compel the deposition testimony of Blaine Pollock by February 2, 2021, defendant shall respond by February 17, 2021, and plaintiff shall reply by March 1, 2021.

Defendant shall file its motion opposing the extension of the expert deadline by February 2, 2021, plaintiff shall respond by February 17, 2021, and defendant shall reply by March 1, 2021.

**IT IS SO ORDERED.**

Date: _____

_____
Karen L. Litkovitz
United States Magistrate Judge