# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| **S&S HOLDCO, INC.,** | : | Case No. 1:17-cv-00783 |
| | : | |
| Plaintiff, | : | Judge William O. Bertelsman |
| | : | Magistrate Judge Karen Litkovitz |
| v. | : | |
| | : | |
| **THREE RIVERS PROVIDER** | : | **NOTICE OF SUBSTITUTION OF** |
| **NETWORK, INC.,** | : | **COUNSEL FOR S&S HEALTHCARE** |
| | : | **STRATEGIES, LTD.** |
| Defendant. | : | |
| | : | |

Please take notice that Peter A. Saba, Esq., Jeffrey M. Nye, Esq. and Joshua M. Smith, Esq. of Stagnaro, Saba & Patterson Co., L.P.A., 2623 Erie Avenue, Cincinnati, Ohio, 45208, are hereby substituted as counsel for S&S Healthcare Strategies, Ltd., in the above captioned action, in place of Kevin Stine, Esq. and Marcia Boyd, Esq., of BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC, with respect to service of any discovery requests, notices or motions as set forth in the Order of Substitution (doc. 34).

No further notices or pleadings are required to be served or shall be served upon Kevin Stine, Esq. and Marcia Boyd, Esq.

    Respectfully submitted,

/s/ Peter A. Saba, Esq.
Peter A. Saba (0055535)
Jeffrey M. Nye (0082247)
Joshua M. Smith (0092360)
Stagnaro, Saba & Patterson Co., L.P.A.
2623 Erie Avenue
Cincinnati, Ohio 45208
(513) 533-6714
(513) 533-6711
pas@sspfirm.com
**Attorneys for Plaintiff**

1

**CERTIFICATE OF SERVICE**

    I certify that the foregoing was served on all counsel of record on the date of filing through the court's CM/ECF system.

                         /s/ Peter A. Saba
                         Peter A. Saba (0055535)