IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **S&S HOLDCO, INC.** | : | Case No. 1:17-cv-00783 |
| Plaintiff, | : | Judge William O. Bertelsman |
| v. | : | Magistrate Judge Karen L. Litkovitz |
| **THREE RIVERS PROVIDER NETWORK, INC.** | : | **AFFIDAVIT OF JOSHUA M. SMITH, ESQ. IN SUPPORT OF MOTION TO COMPEL** |
| Defendant. | : | |

Now comes Joshua M. Smith, Esq., being first sworn and duly cautioned, and hereby states as follows:

1. I have personal knowledge of the matters set forth herein.

2. I am serving as co-counsel on behalf of S&S Holdco, Inc.

3. Attached as **Exhibit 1** is a true and accurate copy of business entity information for Direct Pay AG, obtained from Switzerland's Zefix – Central Business Name Index, https://www.zefix.ch/en/search/entity/list/firm/1353353?name=Direct%20Pay%20AG&searchType=exact

4. Attached as **Exhibit 2** are German to English translations of Exhibit 1 using Google Translate, including Direct Pay AG's stated "purpose."

AFFIANT FURTHER SAYETH NAUGHT.

_____
Joshua M. Smith, Esq.

Subscribed to and swore before me this _1_ day of _March_, 2021.

_Courtney Wright_
Notary of the State of Ohio

COURTNEY WRIGHT
Notary Public, State of Ohio
My Commission Expires 12-18-2022

# EXHIBIT 1

# DIRECT PAY AG

| | |
|---|---|
| seat: | Sarnen |
| status: | active |
| address: | Waldheim 1 |
| ZIP / Town: | 6062 Wilen (Sarnen) |
| legal form: | Corporation |
| UID: | CHE-189.607.606 (https://www.uid.admin.ch/Detail.aspx?uid_id=CHE189607606) |
| CH-ID: | CH14034396381 |
| EHRA-ID: | 1353353 |
| cantonal excerpt: | Web (https://ow.chregister.ch/cr-portal/auszug/auszug.xhtml?uid=CHE-189.607.606) |
| competent office: | Handelsregisteramt des Kantons Obwalden (http://www.ow.ch/de/verwaltung/aemter/welcome.php?amt_id=160) |
| Auditor/s: | BDO AG (Sarnen) (/en/search/entity/list/firm/218513?name=Direct%20Pay%20AG&searchType=exact) |

**purpose:**

Die Gesellschaft bezweckt die Beteiligungen an Unternehmen, Gesellschaften im In- und Ausland jeglicher Art sowie die Erbringung von Dienstleistungen an die Beteiligten, deren Verwaltung und Vermarktung sowie das Halten von Lizenzen, Patenten, Marken und Rechten aller Art. Die Gesellschaft kann Geschäfte eingehen, Verträge abschliessen und Darlehen gewähren, die geeignet sind, den Zweck der Gesellschaft zu fördern, oder die direkt oder indirekt damit im Zusammenhang stehen.

in the SOGC published publications regarding the registry of commerce since 03. Februar 2016

---

SHAB:  Pub. Nr. 1004885482  from  08.05.2020  
daily register: Nr. 513  from  05.05.2020  
Obwalden (http://www.ow.ch/de/verwaltung/aemter/welcome.php?amt_id=160)  
(https://www.shab.ch/shabforms/servlet/Search?EID=7&DOCID=1004885482)

**DIRECT PAY AG**, in **Sarnen**, **CHE-189.607.606**, Aktiengesellschaft (SHAB Nr. 47 vom 09.03.2020, Publ. 1004847579). Domizil neu: Waldheim 1, 6062 Wilen (Sarnen). Ausgeschiedene Personen und erloschene Unterschriften: Wild, Werner, von Glarus Süd, in Sarnen, einziges Mitglied des Verwaltungsrates, mit Einzelunterschrift. Eingetragene Personen neu oder mutierend: Genoni, Dr. Maurizio, von Serravalle, in Sarnen, einziges Mitglied des Verwaltungsrates, mit Einzelunterschrift.

---

SHAB:  Pub. Nr. 1004847579  from  09.03.2020  
daily register: Nr. 275  from  04.03.2020  
Obwalden (http://www.ow.ch/de/verwaltung/aemter/welcome.php?amt_id=160)  
(https://www.shab.ch/shabforms/servlet/Search?EID=7&DOCID=1004847579)

**DIRECT PAY AG**, in **Sarnen**, **CHE-189.607.606**, Aktiengesellschaft (SHAB Nr. 231 vom 28.11.2018, Publ. 1004507628). Ausgeschiedene Personen und erloschene Unterschriften: Koch, Jolanda, von Ruswil, in Neuenkirch, Geschäftsführerin, mit Einzelunterschrift. Eingetragene Personen neu oder mutierend: Manojlovic, Ivan, serbischer Staatsangehöriger, in Krusevac (RS), Direktor, Vorsitzender der Geschäftsleitung (CEO), mit Einzelunterschrift.

---

SHAB:  Pub. Nr. 1004507628  from  28.11.2018  
daily register: Nr. 1296  from  23.11.2018  
Obwalden (http://www.ow.ch/de/verwaltung/aemter/welcome.php?amt_id=160)  
(https://www.shab.ch/shabforms/servlet/Search?EID=7&DOCID=1004507628)

**DIRECT PAY AG**, in **Sarnen**, **CHE-189.607.606**, Aktiengesellschaft (SHAB Nr. 117 vom 20.06.2018, Publ. 4301973). [gestrichen: Gemäss Gründererklärung vom 14.06.2018 untersteht die Gesellschaft keiner ordentlichen Revision und verzichtet auf eine eingeschränkte Revision.]. Eingetragene Personen neu oder mutierend: BDO AG (CHE-135.926.789), in Sarnen, Revisionsstelle.

---

SHAB:  Pub. Nr. 4301973  from  20.06.2018  
daily register: Nr. 666  from  15.06.2018  
Obwalden (http://www.ow.ch/de/verwaltung/aemter/welcome.php?amt_id=160)  
(https://www.shab.ch/shabforms/servlet/Search?EID=7&DOCID=4301973)

DIRECT PAY AG, in Sarnen, **CHE-189.607.606**, Industriestrasse 25, 6060 Sarnen, Aktiengesellschaft (Neueintragung). Statutendatum: 14.06.2018. Zweck: Die Gesellschaft bezweckt die Beteiligungen an Unternehmen, Gesellschaften im In- und Ausland jeglicher Art sowie die Erbringung von Dienstleistungen an die Beteiligten, deren Verwaltung und Vermarktung sowie das Halten von Lizenzen, Patenten, Marken und Rechten aller Art. Die Gesellschaft kann Geschäfte eingehen, Verträge abschliessen und Darlehen gewähren, die geeignet sind, den

Case: 1:17-cv-00783-WOB-KLL Doc #: 90-1 Filed: 03/03/21 Page: 4 of 6 PAGEID #: 961

Zweck der Gesellschaft zu fördern, oder die direkt oder indirekt damit im Zusammenhang stehen. Aktienkapital: CHF 100'000.00. Liberierung Aktienkapital: CHF 100'000.00. Aktien: 100 Namenaktien zu CHF 1'000.00. Publikationsorgan: SHAB. Die Mitteilungen der Gesellschaft an die Aktionäre können durch eingeschriebenen Brief oder per E-Mail erfolgen. In diesem Fall kann die Publikation im Schweizerischen Handelsamtsblatt unterbleiben. Vinkulierung: Die Übertragbarkeit der Namenaktien ist nach Massgabe der Statuten

The data provided electronically by the internet database Zefix is not legaly valid. Only certified excerpts of a legal entity, which have been made by the competent cantonal registry of commerce, as well as the publication text of the Swiss Official Gazette of Commerce (SOGC) are legally binding.

# EXHIBIT 2

The following is a translation of Direct Pay AG's stated "purpose" within its publically available information from the Swiss Business Reigistry:

https://www.zefix.ch/en/search/entity/list/firm/1353353?name=Direct%20Pay%20AG&searchType=exact

**Direct Pay AG "Purpose" (In German):** Die Gesellschaft bezweckt die Beteiligungen an Unternehmen, Gesellschaften im In- und Ausland jeglicher Art sowie die Erbringung von Dienstleistungen an die Beteiligten, deren Verwaltung und Vermarktung sowie das Halten von Lizenzen, Patenten, Marken und Rechten aller Art. Die Gesellschaft kann Geschäfte eingehen, Verträge abschliessen und Darlehen gewähren, die geeignet sind, den Zweck der Gesellschaft zu fördern, oder die direkt oder indirekt damit im Zusammenhang stehen.

**English Translation (via Google Translate):** The purpose of the company is to hold shares in companies, companies at home and abroad of all kinds, as well as to provide services to those involved, to manage and market them, and to hold licenses, patents, trademarks and rights of all kinds. The company can enter into business and contracts and grant loans that are suitable to further the purpose of the company or that are directly or indirectly related to it.