UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

CIVIL ACTION NO. 1:17cv00783-WOB

S&S HEALTHCARE STRATEGIES,
LTD.                                                                   PLAINTIFF

VS.                                    <u>O R D E R</u>

THREE RIVERS PROVIDER
NETWORK, INC., ET AL.                                                  DEFENDANTS

The Court having been informed that this matter has been resolved, and being otherwise advised,

**IT IS ORDERED** that the pending motions (Docs. 80, 81, 82) be, and are hereby, **DENIED AS MOOT**. The parties shall file a stipulation of dismissal **on or before May 28, 2021.**

This 27th day of April 2021.



Signed By:
<u>William O. Bertelsman</u> WOB
United States District Judge